UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY J. DUHON, M.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2022** |
| **THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY & AGRICULTURAL & MECHANICAL COLLEGE, ET AL.** | **SECTION: "H"** |

### ORDER

Before the Court is Defendant Betsy White Williams, Ph.D.'s Motion to Dismiss (Doc. 101). Subsequent to the filing of this motion, Plaintiff filed his Second Amended Complaint (Doc. 131) in accordance with this Court's previous Orders (Docs. 122, 123, 124, 125). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1] Plaintiff's Second Amended Complaint does not include Dr. Williams as a Defendant.

Accordingly;

**IT IS ORDERED** that Dr. Williams' Motion to Dismiss is **DENIED AS MOOT WITHOUT PREJUDICE**.

---

[1] Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).

1

New Orleans, Louisiana this 3rd day of November, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**