UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY DUHON, M.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2022** |
| **HEALTHCARE PROFESSIONALS' FOUNDATION OF LOUISIANA, ET AL.** | **SECTION: "H"** |

## ORDER

Before the Court is Dr. Erik Whitfield's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 163). Considering this Motion and the related opposition;

**IT IS ORDERED** that the Motion is **GRANTED**. All of Plaintiff's claims against Dr. Whitfield are **DISMISSED WITH PREJUDICE**. Reasons for this Order will follow.

New Orleans, Louisiana this 25th day of January, 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE